IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-24844-DPG

JUSTIN HARMON,

    *Plaintiff*,

v.

XCHANGE LEASING, LLC,

    *Defendant*.

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, Justin Harmon, and Defendant, Xchange Leasing, LLC, pursuant to their Joint Status Report & Notice of Settlement dated April 4, 2023 (ECF #18), the Court's subsequent Order of April 5, 2023 (ECF #19), and Fed. R. Civ. P. 41(a)(1)(A)(ii), now stipulate to the dismissal of this action, and all claims which were or could have been brought therein, with prejudice, and without any award of attorneys' fees or costs to either party. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

[*Signature page to follow*]

DATED: May 5, 2023.                                              Respectfully submitted,

| By: /s/ *Andrew S. Ittleman* | By: /s/ *Courtney B. Wilson* |
|---|---|
| Andrew S. Ittleman, Esq.<br>Florida Bar No. 82441<br>Email: aittleman@fidjlaw.com<br>FUERST ITTLEMAN DAVID & JOSEPH<br>One Southeast Third Avenue, Suite 1800<br>Miami, Florida 33131<br>Telephone: (305) 350-5690<br>Facsimile: (305) 371-8989<br><br>*Counsel for Plaintiff,*<br>*Justin Harmon* | Courtney B. Wilson, Esq.<br>Florida Bar No. 614580<br>E-Mail: cwilson@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL  33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552<br><br>*Counsel for Defendant,*<br>*Xchange Leasing, Inc.* |

4857-3737-6090.1 / 073208-2134